**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
KENNETH J. DILLON,              )
4115 Wisconsin Ave., NW, #507   )
Washington, D.C. 20016,         )
                                )
                                )
          Plaintiff,            )
                                )
   v.                           )  Civil Action No. 13-00532 (RBW)
                                )
U.S. DEPARTMENT OF JUSTICE,     )
950 Pennsylvania Ave., NW       )
Washington, D.C. 20530          )
                                )
          Defendant.            )
_____)
```

**ANSWER TO AMENDED COMPLAINT**

Defendant, U.S. Department of Justice, ("DOJ"), by and through its undersigned counsel, hereby answers plaintiff's Complaint as follows:

FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

SECOND DEFENSE

Information plaintiff seeks in his two Freedom of Information Act ("FOIA") requests is exempt from disclosure under FOIA, 5 U.S.C. § 552.

DEFENDANT'S RESPONSES TO THE NUMBERED PARAGRAPHS

In response to the unnumbered and numbered paragraphs of the Complaint, defendant admits, denies, or otherwise avers as follows:

(Unnumbered paragraph) This paragraph consists of plaintiff's characterization of this action, which does not require an answer, but insofar as an answer is deemed required, deny.

1. This statement contains plaintiff's allegation concerning jurisdiction, which does not require a response; but insofar as an answer is deemed required, deny.

2. This statement contains plaintiff's allegation concerning venue, which does not require a response; but insofar as an answer is deemed required, deny.

3. Deny, for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

4. First clause: Defendant admits that it is an agency within the meaning of 5 U.S.C. § 552(f)(1). (Defendant notes that plaintiff incorrectly cites to 5 U.S.C. § 552(e) as reference to the appropriate party in a FOIA complaint.) As to the second clause: Deny.

5. First clause: Admit.  As to the second clause: Deny that all of the requested records are FBI records but admit that DOJ is the proper party defendant.

6. Defendant repeats and re-alleges the statements contained in all paragraphs set forth above.

7. Admit.

8. Deny the statements in this paragraph.  Defendant respectfully refers the Court to the cited letter of January 11, 2012, for a full and accurate statement of its content.

9. Admit.

10. Admit.

11. Admit.

12. Admit.

13. Admit that plaintiff's counsel submitted instructions to FBI's counsel on July 5, 2013, but deny the statement that characterizes the instructions as "limiting" the scope of Request No. 1170856.

14. Admit the first sentence. The second sentence contains plaintiff's legal conclusion to which no answer is required, but insofar as an answer is deemed required, deny.

15. This paragraph contains plaintiff's legal conclusion to which no answer is required, but insofar as an answer is deemed required, deny.

16. Defendant repeats and re-alleges the statements contained in all paragraphs set forth above.

17. Admit.

18. Deny the statements in this paragraph. Defendant respectfully refers the Court to the cited letter of April 3, 2012, for a full and accurate statement of its content.

19. Admit.

20. Admit.

21. Admit, but aver that in addition to Exemption (b)(7)(A), additional exemptions apply to the information.

22. This paragraph contains plaintiff's legal conclusion to which no answer is required, but insofar as an answer is deemed required, deny.

Paragraphs 1-6. The allegations contained in these paragraphs consist of plaintiff's request for relief, to which no answer is required, but insofar as an answer is deemed required, defendant denies that plaintiff is entitled to the requested relief or any relief whatsoever.

Each and every allegation not heretofore expressly admitted or denied is denied.

Respectfully submitted,

RONALD C. MACHEN JR. D.C. BAR # 447889
United States Attorney


DANIEL F. VAN HORN, D.C. BAR # 924092
Chief, Civil Division


/s/ *Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL,D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226
Marina.Braswell@usdoj.gov