**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                   )
KENNETH J. DILLON,                 )
                                   )
                                   )
                                   )
            Plaintiff,             )
                                   )
            v.                     )   Civil Action No. 13-00532 (RBW)
                                   )
U.S. DEPARTMENT OF JUSTICE,        )
                                   )
            Defendant.             )
_____)

### DEFENDANT'S CONSENT MOTION FOR A STAY OF DEADLINES DURING THE LAPSE OF APPROPRIATIONS

Pursuant to Fed. R. Civ. P. 6(b), defendant, through undersigned counsel, hereby respectfully requests a stay of the deadlines in the above-captioned case.  Pursuant to Local Civil Rule 7(m), undersigned counsel has emailed and spoken with counsel for plaintiff.  Plaintiff consents to this request.

At the end of the day on September 30, 2013, the appropriations act that has been funding the Department of Justice expired, and thus the appropriations to the Department lapsed.  The same is true for most Executive agencies, including the defendant agency in this case.  As of the date and time of this filing, Congress has not yet passed a continuing resolution or other legislation to fund the federal government after September 30, 2013.

Given the absence of an appropriation, most Department of Justice attorneys and agency counsel are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the

protection of property." 31 U.S.C. § 1342. Consequently, undersigned counsel for defendant requests a stay of the deadlines in this matter.

Counsel for plaintiff and defendant discussed the current status of this case. Not only does defendant have an October 10, 2013 deadline to produce a *Vaughn* declaration to plaintiff, which defendant cannot meet, but defendant has identified additional records in need of review and processing since defendant's August 26, 2013 release letter. Counsel for both parties have begun negotiations to try and reach an agreement on the scheduling of further proceedings in this case, but the government shutdown has prevented them from being able to complete these negotiations. Therefore, defendant requests, with plaintiff's concurrence, that the parties be given ten days after the government shut-down has ended, to complete their negotiations and file a proposed schedule for further proceedings in this case.

Accordingly, although we greatly regret any disruption caused to the Court and to plaintiff, the Government hereby moves for a stay of the deadlines in this case until ten days after Department of Justice attorneys are permitted to resume their usual civil

litigation functions.

Dated: October 4, 2013.

                Respectfully submitted,

                RONALD C. MACHEN JR. D.C. BAR # 447889
                United States Attorney

                DANIEL F. VAN HORN, D.C. BAR # 924092
                Chief, Civil Division

                */s/ Marina Utgoff Braswell*
                MARINA UTGOFF BRASWELL,D.C. BAR #416587
                Assistant United States Attorney
                U.S. Attorney's Office
                555 4th Street, N.W. – Civil Division
                Washington, D.C. 20530
                (202) 252-2561
                Marina.Braswell@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
KENNETH J. DILLON,                )
                                  )
                                  )
        Plaintiff,                )
                                  )
        v.                        )   Civil Action No. 13-00532 (RBW)
                                  )
U.S. DEPARTMENT OF JUSTICE,       )
                                  )
        Defendant.                )
_____)

### ORDER

UPON CONSIDERATION of Defendant's Consent Motion for a Stay, it is hereby

ORDERED that the defendant's consent motion is GRANTED; and it is further

ORDERED that all current deadlines for the parties are stayed; and it is further

ORDERED that within ten days of the end of the government shutdown the parties will file a joint proposal for further proceedings in this case.

IT IS SO ORDERED on this ____ day of _____, 2013.


                                    _____
                                    UNITED STATES DISTRICT JUDGE